CONANT, Appellant, v. WRIGHT et al., Respondents. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by George S. Conant against George A. Wright and others. E. Conway, for appellant. W. H. Godden, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Acker v. Leland, 96 N. Y. 383.

In re CORBETT et al. In re SHELDON'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Petition by Charles H. Corbett and William H. Hart for a decree directing A. J. Graham, as executor of the will of Chauncey Sheldon, deceased, to pay a claim against decedent's estate. No opinion. Motion for reargument denied.

CORN EXCHANGE BANK, Respondent, v. BOSSIO, Appellant. (Supreme Court, Appellate Division, First Department. July 31, 1896.) Action by Corn Exchange Bank against Bartolome M. Bossio. Antonio Knauth, for appellant. L. G. Reed, for respondent.

PER CURIAM. The rule with regard to executory contracts for the sale of goods as between vendor and vendee, laid down in Pope v. Manufacturing Co., 107 N. Y. 61, 13 N. E. 592, has no application to the present case. The question here is between principal and agent, and that question simply is whether the defendant shall repay to his agent moneys which the latter, pursuant to instructions, has paid out for him. The agent purchased property for the defendant, and paid for it. He did so at the defendant's request. The property was delivered to the defendant, and now the agent's assignee demands what the agent has paid out, together with the commission. The case is clear and simple, prima facie, and the attachment was properly sustained. The order should be affirmed, with $10 costs and disbursements.

CRABTREE, Appellant, v. GOODRICH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by John Crabtree, individually and as executor, against Luther S. Goodrich and others, purchasers, Mary Crabtree, individually and as executrix, and others. No opinion. Orders affirmed, with $10 costs and disbursements, payable out of the estate.

CREMINS, Appellant, v. EAST LAKE WOOLEN CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by James Cremins against East Lake Woolen Company and Aaron M. Klaw, subsequent attaching creditor. J. Edward Ackley, for appellant. Emanuel Blumenstiel, for respondents.

PER CURIAM. The moving papers of the junior attaching creditor fail to show that the summons in his action against the defendant had been served or published within the 30 days required by law, and that was necessary under the decision in the case of Ladenburg v. Bank, 2 App. Div. 477, 37 N. Y. Supp. 1085. The order vacating the plaintiff's attachment must therefore be reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

DAYFOOT, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by Marietta C. Dayfoot, as administratrix, etc., against Cass Williams. No opinion. Judgment affirmed, with costs.

DELANEY et al., Respondents, v. CITIZENS' INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by Edward Delaney and Anna Delaney against the Citizens' Insurance Company. No opinion. Judgment and order affirmed, with costs.

DELAWARE, L. & W. R. CO., Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) No opinion. Order affirmed, with $10 costs and disbursements. See 38 N. Y. Supp. 510.

DENTON v. ALLEN. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

DODGE, Respondent, v. WEILL, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by Hampton Dodge against Henry Weill. No opinion. Judgment and order affirmed, with costs.

In re DORTHY. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Proceeding to disbar John F. Dorthy. No opinion. The application for reargument is denied, and the papers ordered filed with the clerk. The order of the 29th of June, 1896, staying proceedings, signed by the presiding justice, is hereby vacated.

DRURY, Respondent, v. FINCH et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 22, 1896.) Action by M. Francis Drury against Henry C. Finch and Wallace Cleveland. No opinion. Judgment of county court affirmed, with costs. All concur.

In re EISNER'S ESTATE. (Supreme Court, Appellate Division, First Department. September 9, 1896.) In the matter of Eliza Eisner, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See 38 N. Y. Supp. 1143, and 39 N. Y. Supp. 718.